UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| DANIEL L. WILLIAMS, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | No.: 3:14-cv-62-HSM-CCS |
| v. ) | |
| ) | |
| DAVID SEXTON, et al., ) | |
| ) | |
| *Defendants*. ) | |
| ) | |

## MEMORANDUM

This is a *pro se* prisoner's civil rights complaint under 42 U.S.C. § 1983. On April 21, 2014, plaintiff was given twenty (20) days to amend his complaint to properly state a claim against the defendants listed in his complaint or his action would be dismissed. Plaintiff's motion for additional time was granted on July 7, 2014, and he was given an additional twenty (20) days from that date to amend his complaint. Plaintiff has failed to amend his complaint. Therefore, this action will be **DISMISSED WITHOUT PREJUDICE** for failure to state a claim upon which relief can be granted under 42 U.S.C. § 1983, and for plaintiff's failure to prosecute and to comply with the orders of this Court. Fed. R. Civ. P. 41(b); *Jourdan v. Jabe*, 951 F.2d 108 (6th Cir. 1991). The Court will **CERTIFY** that any appeal from this action would not be taken in good faith and would be totally frivolous. *See* Rule 24 of the Federal Rules of Appellate Procedure.

**AN APPROPRIATE ORDER WILL ENTER.**

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Harry S. Mattice, Jr.*
　　　　　　　　　　　　　　　　　　　　　　　　HARRY S. MATTICE, JR.
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE